```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY,** ) | |
| ) | |
|      **Plaintiff,** ) | |
| ) | |
|   v. ) | Civil No. 3-04-0779 |
| ) | Judge Echols |
| **CAPITAL CITY MICRO, INC.,** ) | |
| **MARTIN MEEKS, D.E.W.** ) | |
| **DISTRIBUTING CO., INC. d/b/a** ) | |
| **P & E DISTRIBUTING CO. and** ) | |
| **DAVID E. WELKER,** ) | |
| ) | |
|      **Defendants.** ) | |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

1. Plaintiff's Motion for Entry of Default Judgment against Defendant Capital City Micro, Inc. on Count I and II of the Complaint (Docket Entry No. 124) is hereby GRANTED;

2. Judgment is entered in favor of Plaintiff and against Capital City Micro, Inc. on Count I of the Complaint in the amount of $2,935,222.00, together with annual post-judgment interest at the prevailing federal legal rate;

3. Judgment is entered in favor of Plaintiff and against Capital City Micro, Inc. on Count II of the Complaint in the amount of $5,738,966.00, together with annual post-judgment interest at the prevailing federal legal rate;

4. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Counts III and IV of the Complaint are DISMISSED AS AGAINST Capital City Micro.

1

This case is hereby DISMISSED WITH PREJUDICE subject to Plaintiff's right to pursue supplemental proceedings pursuant to the Judgment entered in its favor.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2